STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

STEVEN LANTINI :
:
VS. : C.A. #: PC05- 0431
:
BIG DOG MOTORCYCLE. LLC :

## COUNT I

1) Your Plaintiff, Steven Lantini, is a resident of the City of North Providence County of Providence, State of Rhode Island.

2) Your Defendant, Big Dog Motorcycle, LLC, is a limited liability corporation o the State of Kansas, and conducting business operations in the State of Rhode Island.

3) On July 13, 2003, Plaintiff, Steven Lantini, was operating a Big Dog Motorcycl on Route 495, at approximately 4:00 p.m., in the State of Massachusetts.

4) On the aforementioned date, Plaintiff did suffer multiple injuries when he wa hit by a bolt from the Big Dog Motorcycle, which was part of a bracket attached to th motorcycle.

5) The entity responsible for the manufacture and construction of the above mentioned motorcycle, Big Dog Motorcycle, LLC, manufactured and constructed sai motorcycle in a defective condition, which was unreasonably dangerous to Plaintiff Steven Lantini.

6) Plaintiff's injuries as a result of the incident were a direct and proximate resul of Defendant, Big Dog Motorcycle LLC's, manufacturing of said motorcycle in a defectiv condition which was unreasonably dangerous to the Plaintiff.

7) As a result of Defendant's manufacturing and constructing said motorcycle i an unreasonably dangerous condition, Plaintiff, Steven Lantini, did suffer severe persona injuries, was unable to conduct his regular activities, was compelled to expend a grea

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-6466

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

PIV
126748 2688

sum of time and money for hospital and medical treatment, and has otherwise been greatly injured and damnified.

WHEREFORE, Plaintiff, Steven Lantini, demands judgment against the Defendant, Big Dog Motorcycle, LLC, in an amount sufficient to compensate him for his damages, plus interest and costs. The said amount is sufficient to establish the jurisdiction of this Honorable Court.

**COUNT II**

8) Plaintiff hereby reaffirms, re-avers and realleges Paragraphs One (1) through Seven (7) of Count One of Plaintiff's Complaint.

9) On July 13, 2003, Plaintiff, Steven Lantini, was operating a Big Dog Motorcycle on Route 495, at approximately 4:00 p.m., in the State of Massachusetts.

10) On the aforementioned date, Plaintiff, Steven Lantini, suffered an injury when he was hit by a bolt from the Big Dog Motorcycle, which was part of a bracket attached to the motorcycle.

11) The entity responsible for the manufacture and construction of the above-mentioned motorcycle, Defendant, Big Dog Motorcycle, LLC, negligently manufactured and constructed said motorcycle.

12) Plaintiff, Steven Lantini's injuries, as a result of the incident in question, were a direct and proximate result of Defendant, Big Dog Motorcycle, LLC's, negligent manufacture and construction of said motorcycle.

13) As a result of Defendant's negligent manufacture and construction of said motorcycle Plaintiff, Steven Lantini, did suffer severe personal injuries, was unable to conduct his regular activities, was compelled to expend a great sum of time and money for hospital and medical treatment, and has otherwise been greatly injured and damnified.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5457

WHEREFORE, Plaintiff, Steven Lantini, demands judgment against the Defendant, Big Dog Motorcycle, LLC, in an amount sufficient to compensate him for his damages, plus interest and costs. The said amount is sufficient to establish the jurisdiction of this Honorable Court.

**COUNT III**

14) Plaintiff hereby reaffirms, re-avers and realleges Paragraphs One (1) through Seven (7) of Count One of Plaintiff's Complaint and Paragraphs Eight (8) through Thirteen (13).

15) On July 13, 2003, Plaintiff, Steven Lantini, was operating a Big Dog Motorcycle on Route 495, at approximately 4:00 p.m., in the State of Massachusetts.

16) On the aforementioned date, Plaintiff, Steven Lantini, suffered an injury when he was hit by a bolt from the Big Dog Motorcycle, which was part of a bracket attached to the motorcycle.

17) The entity responsible for the manufacture and construction of the above-mentioned motorcycle, Defendant, Big Dog Motorcycle, LLC, negligently breached its implied warranty of merchantability of said motorcycle.

18) Plaintiff, Steven Lantini's injuries, as a result of the incident in question, were a direct and proximate result of Defendant, Big Dog Motorcycle, LLC's, breach of its implied warranty of merchantability of said motorcycle.

19) As a result of Defendant's breach of its implied warranty of merchantability of said motorcycle Plaintiff, Steven Lantini, did suffer severe personal injuries, was unable to conduct his regular activities, was compelled to expend a great sum of time and money for hospital and medical treatment, and has otherwise been greatly injured and damnified.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454

WHEREFORE, Plaintiff, Steven Lantini, demands judgment against the Defendant, Big Dog Motorcycle, LLC, in an amount sufficient to compensate him for his damages, plus interest and costs. The said amount is sufficient to establish the jurisdiction of this Honorable Court.

Plaintiff, By his attorneys

**MORETTI & PERLOW LAW OFFICES**

Jeffry S. Perlow, Esquire (#2688)
1070 Reservoir Avenue
Cranston, RI 02910
(401) 943-5500 telephone
(401) 944-5454 facsimile

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

Jeffry S. Perlow, Esquire (#2688)

DATED: 1/17/05

JSP:kdd
C:\kim\complaint\steven lantini

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02920
(401) 943-5500
FAX (401) 944-5454

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island