UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEVEN LANTINI :

VS. : C.A. No.: A 05 059 ML

BIG DOG MOTORCYCLE, LLC :

**NOTICE OF REMOVAL**

To: The United States District Court for the District of Rhode Island.

Defendant, Big Dog Motorcycle, LLC, by its attorney, respectfully represents as follows:

1. That Big Dog Motorcycle, LLC is a defendant in a civil action filed against it in the Providence County Superior Court entitled Steven Lantini vs. Big Dog Motorcycle, LLC, C.A. No. PC 2005-0431. Certified copies of the record from the Providence County Superior Court are attached hereto as Exhibit A.

2. The aforesaid action was commenced with the filing of a summons and complaint.

3. Big Dog Motorcycle, LLC received copies of the complaint by certified mail, return receipt requested, from plaintiff's attorney on or about February 7, 2005.

4. The defendant and plaintiff are citizens of different states; thus there is complete diversity within the meaning of 28 USC § 1332.

5. The matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs.

6. That the above-described action, as stated in plaintiff's complaint, is one of which this Court has original jurisdiction pursuant to the provisions of 28 USC § 1332, and is one which may be removed to this Court by the defendant pursuant to the provisions of 28 USC § 1441 (a) and (b), and that jurisdiction of this Court is grounded in diversity of the parties as required by 28 USC § 1332.

2

BIG DOG MOTORCYCLE, LLC,
By its attorney,

Paul V. Reynolds, Esquire (#0966)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

CERTIFICATION

I hereby certify that on this 14th day of February, 2005, I mailed a copy of the within to Jeffry S. Perlow, Esquire, Moretti & Perlow Law Offices, 1070 Reservoir Avenue, Cranston, RI 02910.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS PAGE 1
RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 01/28/2005
SUPERIOR COURT CIVIL INFORMATION SYSTEM

DOCKET EVENT LISTING

CASE NO.: PC2005 0431 TYPE PERSONAL INJURY-VEHICLE
TITLE: STEVEN LANTINI V BIG DOG MOTORCYCLE
FILING DATE: 01-27-2005 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| BIG DOG MOTORCYCLE | BDF | Unknown,Attorney | AOR |
| LANTINI,STEVEN | PLF | Perlow,Jeffry | AOR |

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|

rue Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

STEVEN LANTINI :
:
VS. : C.A. No.: PC 05-0431
:
BIG DOG MOTORCYCLE, LLC :

**NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL**

To: The Providence Superior Court, 250 Benefit Street, Providence, Rhode Island 02903.

Notice is hereby given that this case has been removed to the United States District Court for the District of Rhode Island and that you are to proceed no further therein. You will find herewith a copy of the notice of removal which has been filed in the United States District Court this 14th day of February, 2005.

BIG DOG MOTORCYCLE, LLC,
By its attorney,

Paul V. Reynolds, Esquire (#0966)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

CERTIFICATION

I hereby certify that on this 14th day of February, 2005, I mailed a copy of the within to Jeffry S. Perlow, Esquire, Moretti & Perlow Law Offices, 1070 Reservoir Avenue, Cranston, RI 02910.

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2005 FEB 14 P 2:01

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

STEVEN LANTINI :
VS. : C.A. #: PC05- 0431
BIG DOG MOTORCYCLE. LLC :

## COUNT I

1) Your Plaintiff, Steven Lantini, is a resident of the City of North Providence, County of Providence, State of Rhode Island.

2) Your Defendant, Big Dog Motorcycle, LLC, is a limited liability corporation of the State of Kansas, and conducting business operations in the State of Rhode Island.

3) On July 13, 2003, Plaintiff, Steven Lantini, was operating a Big Dog Motorcycle on Route 495, at approximately 4:00 p.m., in the State of Massachusetts.

4) On the aforementioned date, Plaintiff did suffer multiple injuries when he was hit by a bolt from the Big Dog Motorcycle, which was part of a bracket attached to the motorcycle.

5) The entity responsible for the manufacture and construction of the above-mentioned motorcycle, Big Dog Motorcycle, LLC, manufactured and constructed said motorcycle in a defective condition, which was unreasonably dangerous to Plaintiff, Steven Lantini.

6) Plaintiff's injuries as a result of the incident were a direct and proximate result of Defendant, Big Dog Motorcycle LLC's, manufacturing of said motorcycle in a defective condition which was unreasonably dangerous to the Plaintiff.

7) As a result of Defendant's manufacturing and constructing said motorcycle in an unreasonably dangerous condition, Plaintiff, Steven Lantini, did suffer severe personal injuries, was unable to conduct his regular activities, was compelled to expend a great

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-8500
FAX (401) 944-9948

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island
FILED
27 P 1:40

PIV
126748 2688

sum of time and money for hospital and medical treatment, and has otherwise been greatly injured and damnified.

WHEREFORE, Plaintiff, Steven Lantini, demands judgment against the Defendant, Big Dog Motorcycle, LLC, in an amount sufficient to compensate him for his damages, plus interest and costs. The said amount is sufficient to establish the jurisdiction of this Honorable Court.

## COUNT II

8) Plaintiff hereby reaffirms, re-avers and realleges Paragraphs One (1) through Seven (7) of Count One of Plaintiff's Complaint.

9) On July 13, 2003, Plaintiff, Steven Lantini, was operating a Big Dog Motorcycle on Route 495, at approximately 4:00 p.m., in the State of Massachusetts.

10) On the aforementioned date, Plaintiff, Steven Lantini, suffered an injury when he was hit by a bolt from the Big Dog Motorcycle, which was part of a bracket attached to the motorcycle.

11) The entity responsible for the manufacture and construction of the above-mentioned motorcycle, Defendant, Big Dog Motorcycle, LLC, negligently manufactured and constructed said motorcycle.

12) Plaintiff, Steven Lantini's injuries, as a result of the incident in question, were a direct and proximate result of Defendant, Big Dog Motorcycle, LLC's, negligent manufacture and construction of said motorcycle.

13) As a result of Defendant's negligent manufacture and construction of said motorcycle Plaintiff, Steven Lantini, did suffer severe personal injuries, was unable to conduct his regular activities, was compelled to expend a great sum of time and money for hospital and medical treatment, and has otherwise been greatly injured and damnified.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5457

WHEREFORE, Plaintiff, Steven Lantini, demands judgment against the Defendant, Big Dog Motorcycle, LLC, in an amount sufficient to compensate him for his damages, plus interest and costs. The said amount is sufficient to establish the jurisdiction of this Honorable Court.

**COUNT III**

14) Plaintiff hereby reaffirms, re-avers and realleges Paragraphs One (1) through Seven (7) of Count One of Plaintiff's Complaint and Paragraphs Eight (8) through Thirteen (13).

15) On July 13, 2003, Plaintiff, Steven Lantini, was operating a Big Dog Motorcycle on Route 495, at approximately 4:00 p.m., in the State of Massachusetts.

16) On the aforementioned date, Plaintiff, Steven Lantini, suffered an injury when he was hit by a bolt from the Big Dog Motorcycle, which was part of a bracket attached to the motorcycle.

17) The entity responsible for the manufacture and construction of the above-mentioned motorcycle, Defendant, Big Dog Motorcycle, LLC, negligently breached its implied warranty of merchantability of said motorcycle.

18) Plaintiff, Steven Lantini's injuries, as a result of the incident in question, were a direct and proximate result of Defendant, Big Dog Motorcycle, LLC's, breach of its implied warranty of merchantability of said motorcycle.

19) As a result of Defendant's breach of its implied warranty of merchantability of said motorcycle Plaintiff, Steven Lantini, did suffer severe personal injuries, was unable to conduct his regular activities, was compelled to expend a great sum of time and money for hospital and medical treatment, and has otherwise been greatly injured and damnified.

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

WHEREFORE, Plaintiff, Steven Lantini, demands judgment against the Defendant, Big Dog Motorcycle, LLC, in an amount sufficient to compensate him for his damages, plus interest and costs. The said amount is sufficient to establish the jurisdiction of this Honorable Court.

Plaintiff, By his attorneys

**MORETTI & PERLOW LAW OFFICES**

Jeffry S. Perlow, Esquire (#2688)
1070 Reservoir Avenue
Cranston, RI 02910
(401) 943-5500 telephone
(401) 944-5454 facsimile

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

Jeffry S. Perlow, Esquire (#2688)

DATED: 1/17/05

JSP:kdd
C:\kim\complaint\steven lantini

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# STATE OF RHODE ISLAND
# SUPERIOR COURT

**CIVIL CASE COVER SHEET**

Case * (Filled in by Clerk's Office)

This form must be filed with each original document that comences a civil proceeding in the Clerk's Office (R.P.3.11). If the case is a District Court appeal. The form must be filed with the appeal in the District Court and will be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
| --- | --- |
| STEVEN LANTINI | BIG DOG MOTORCYCLE, LLC |

**NATURE OF PROCEEDING** — Check the applicable case type under main categories listed below. (check one only)

District Court Appeal ☐ Yes (check type below)

- ☐ AGA Agency appeal
- ☐ ALA Alienation of affection
- ☐ ANT Anti-trust
- ☐ ASB Assault and battery
- ☐ BKA Book account
- ☐ CLA Common law assignment
- ☐ CLL Common law lien
- ☐ CON Contract
- ☐ CNV Conversion
- ☐ CRC Criminal conversation
- ☐ CIC Criminal inj. compensation
- ☐ DOJ Debt on judgment
- ☐ DTP Deceptive trade practice
- ☐ DEJ Declaratory judgment
- ☐ Other than above (specify type):
- ☐ DPC Denial of probate claim
- ☐ EXT Excessive tax
- ☐ INR Injunctive relief
- ☐ IPL Interpleader
- ☐ LIB Libel/slander
- ☐ MLE Malpractice/legal
- ☐ MME Malpractice/medical
- ☐ MOT Malpractice/other
- ☐ WOM Mandamus. Writ of
- ☐ PRT Partition
- ☐ PER Personal injury
- ☐ IDV Personal inj./property dam-vehicle
- ☒ PIV Personal injury-vehicle
- ☐ PRL Product liabilty
- ☐ PRN Promissory note
- ☐ PDM Property damage
- ☐ PDV Property damage / vehicle
- ☐ RLP Real property
- ☐ RIC Reinstate charter
- ☐ DIN Recovery of damages/insurance
- ☐ ROF Recovery of funds
- ☐ WOR Replevin, writ of
- ☐ SPP Specific performance
- ☐ TCO Title clearing (other than tax title)
- ☐ TAE Trespass and ejectment
- ☐ TRA Trustee/accounting
- ☐ TCT Trustee/appt convey title
- ☐ UNM Uninsured motorist
- ☐ WRD Wrongful death

**MISCELLANEOUS PETITIONS**

- ☐ ARA Arbitration award
- ☐ CAR Arbitration /confirm
- ☐ RTA Arbitration referral
- ☐ VAR Arbitration / vacate
- ☐ AOD Assessment of damages
- ☐ CND Condemnation
- ☐ CFC Confirm compromise
- ☐ DOC Dissolution of corp.
- ☐ EDP End partnership
- ☐ FRR Forclosure of right redemption
- ☐ Other than above (specify type):
- ☐ TLF Foreclosure / tax lien
- ☐ FOC Forfeiture of charter
- ☐ GJI Grand jury investigation
- ☐ HAC Habeas corpus
- ☐ MAW Material witness
- ☐ MEL Mechanics lien
- ☐ OSW Out of state witness
- ☐ PFS Perform surgery
- ☐ PFC Petition for constable
- ☐ PTE Petition to expunge
- ☐ PFI Petition for immunity
- ☐ PIN Pet for inventory (wire tap)
- ☐ PFR Petition for review
- ☐ PTD Pet to take deposition
- ☐ PCR Post conviction relief
- ☐ REC Receivership
- ☐ R5A Rule 5A petition
- ☐ TCL Title clearing (tax title)
- ☐ AOT Trustee / appointment of
- ☐ DOT Trustee / declination of
- ☐ AOS Trustee successor

True Copy Attest

**PROBATE APPEALS**

- ☐ WIL Will
- ☐ TRS Trust
- ☐ GRD Guardianship
- ☐ NAC Name change
- ☐ Other than above (specify type):

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Is this a case that may require a trial or resolution? ☒ Yes ☐ No If yes: ☒ Jury or ☐ Non-jury

(Attorney name) J.S. PERLOW (Date) 1/18/2005