UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEVEN LANTINI :
:
VS. : C.A. No.: 05-059 ML
:
BIG DOG MOTORCYCLE, LLC :

**AFFIDAVIT OF FILING NOTICE OF REMOVAL WITH CLERK OF PROVIDENCE COUNTY SUPERIOR COURT**

To: United States District Court for the District of Rhode Island.

I, Paul V. Reynolds, attorney for defendant, Big Dog Motorcycle, LLC, herein on oath depose and say that I have caused copies of the defendant's Notice of Removal of the above-captioned action to be filed with the Clerk of the Providence County Superior Court in accordance with the provision of 28 USC § 1446 (d) by hand-delivering copies of said notice to the Providence Superior Court Clerk on the 14th day of February, 2005.

I further depose and say that I have given written notice of the filing of said notice to all parties by mailing copies thereof together with notice of said filing to Jeffry S. Perlow, Esquire on the 14th day of February, 2005.

Paul V. Reynolds, Esquire (#0966)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

Subscribed and sworn to before me this 14th day of February, 2005.

NOTARY PUBLIC
My Commission Expires: 2/3/09

(3)

CERTIFICATION

I hereby certify that on this 14th day of February, 2005, I mailed a copy of the within to Jeffry S. Perlow, Esquire, Moretti & Perlow Law Offices, 1070 Reservoir Avenue, Cranston, RI 02910.

[signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEVEN LANTINI :
:
VS. : C.A. No.:
:
BIG DOG MOTORCYCLE, LLC :

**NOTICE OF FILING NOTICE OF REMOVAL**

To: Jeffry S. Perlow, Esquire, Moretti & Perlow Law Offices, 1070 Reservoir Avenue, Cranston, RI 02910.

Please take notice that the defendant, Big Dog Motorcycle, LLC, has this day filed in the United States District Court for the District of Rhode Island a Notice of Removal, of the above-entitled action from the Providence County Superior Court of the State of Rhode Island, to the United States District Court pursuant to 28 USC § 1441 and § 1446.

Dated this 14th day of February, 2005.

Paul V. Reynolds, Esquire (#0966)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

CERTIFICATION

I hereby certify that on this 14th day of February, 2005, I mailed a copy of the within to Jeffry S. Perlow, Esquire, Moretti & Perlow Law Offices, 1070 Reservoir Avenue, Cranston, RI 02910.

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

| | | |
|---|---|---|
| STEVEN LANTINI | : | |
| | : | |
| VS. | : | C.A. No.: PC 05-0431 |
| | : | |
| BIG DOG MOTORCYCLE, LLC | : | |

**NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL**

To: The Providence Superior Court, 250 Benefit Street, Providence, Rhode Island 02903.

Notice is hereby given that this case has been removed to the United States District Court for the District of Rhode Island and that you are to proceed no further therein. You will find herewith a copy of the notice of removal which has been filed in the United States District Court this 14th day of February, 2005.

BIG DOG MOTORCYCLE, LLC,
By its attorney,

Paul V. Reynolds, Esquire (#0966)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

CERTIFICATION

I hereby certify that on this 14th day of February, 2005, I mailed a copy of the within to Jeffry S. Perlow, Esquire, Moretti & Perlow Law Offices, 1070 Reservoir Avenue, Cranston, RI 02910.