UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEVEN LANTINI | : | |
| | : | |
| VS. | : | C.A. No.: 05-059ML |
| | : | |
| BIG DOG MOTORCYCLE, LLC | : | |

**ANSWER OF DEFENDANT, BIG DOG MOTORCYCLE, LLC**

**FIRST DEFENSE**

The defendant admits the allegations of Paragraph 2 of the plaintiff's complaint.

**SECOND DEFENSE**

The defendant neither admits nor denies the allegations of Paragraphs 1, 3, 9 and 15 of the plaintiff's complaint and leaves the plaintiff to his proof thereof.

**THIRD DEFENSE**

The defendant denies each and every other allegation of all Counts of the plaintiff's complaint.

**FOURTH DEFENSE**

The defendant alleges that the plaintiff was negligent.

**FIFTH DEFENSE**

The defendant alleges the plaintiff's injuries, if any, were caused by an entity for whom the defendant is not responsible.

**SIXTH DEFENSE**

The defendant alleges the plaintiff's claim based on breach of warranty fails to state a claim upon which relief can be granted based upon the limited warranty provided by the defendant to the plaintiff with regard to the subject motorcycle.

4

BIG DOG MOTORCYCLE, LLC,
By its attorney,

Paul V. Reynolds, Esquire (#0966)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

THE DEFENDANT, BIG DOG MOTORCYCLE, LLC, HEREBY CLAIMS A TRIAL BY JURY.

Paul V. Reynolds, Esquire (#0966)

CERTIFICATION

I hereby certify that on this 18th day of February, 2005, I mailed a copy of the within to Jeffry S. Perlow, Esquire, Moretti & Perlow Law Offices, 1070 Reservoir Avenue, Cranston, RI 02910.