UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEVEN LANTINI | : | |
| | : | |
| vs. | : | C.A. No. 05-59ML |
| | : | |
| BIG DOG MOTORCYCLE, LLC | : | |

MOTION TO COMPEL

The defendant pursuant to F.R.C.P. 37(a) moves the court for an order compelling the plaintiff to produce the motorcycle that is the subject of his complaint for inspection by a consulting engineer retained on behalf of the defendant during the week of August 15, 2005.

The basis for the motion is set forth in the attached memorandum.

Respectfully submitted,

Paul V. Reynolds, Esquire #0966
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

I hereby certify that on the 28th day of July, 2005, I mailed a copy of the within to Ronald L. Bonin, Esquire, MORETTI & PERLOW LAW OFFICES, 1070 Reservoir Avenue, Cranston, RI 02910 and Steven Lantini, 1455 Mineral Spring Avenue, Apartment 113, North Providence, RI 02904.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEVEN LANTINI | : | |
| | : | |
| vs. | : | C.A. No. 05-59ML |
| | : | |
| BIG DOG MOTORCYCLE, LLC | : | |

MEMORANDUM OF THE DEFENDANT IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION

Following the institution of suit and Rule 16 conference, counsel for the defendant discussed with counsel for the plaintiff an inspection of the motorcycle that is the subject of the plaintiff's complaint by a consulting expert. There was general agreement that a mutually convenient time would be agreed upon for the inspection. Following recent correspondence to the plaintiff's counsel with regard to setting up this inspection, a motion to withdraw has been filed. Given the potential withdrawal of counsel and the status of the plaintiff as a pro se litigant, the defendant is asking the assistance of the court to order the production of the bike for inspection during the week of August 15. The defendant is cognizant of the time period set by the court for expert retention, disclosure and deposition and, therefore, asked for a court order.

Prior to the filing of a motion as indicated, there have been discussions and general agreement concerning the production of the plaintiff's motorcycle. With the potential of counsel's withdrawal, a formal order of the court is requested and deemed necessary by the defendant.

Respectfully submitted,

Paul V. Reynolds, Esquire #0966
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

I hereby certify that on the 28th day of July, 2005, I mailed a copy of the within to Ronald L. Bonin, Esquire, MORETTI & PERLOW LAW OFFICES, 1070 Reservoir Avenue, Cranston, RI 02910 and Steven Lantini, 1455 Mineral Spring Avenue, Apartment 113, North Providence, RI 02904.