**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STEVEN LANTINI

VS. C.A. NO.: 05-59ML

BIG DOG MOTORCYCLE

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

NOW COMES attorney for the Plaintiff in the above-entitled matter, and hereby requests this Honorable Court for an extension of time in which to disclose experts expected to testify at Trial. Plaintiff hereby moves for an additional forty-five (45) days in which to provide said disclosure.

As grounds therefore, Plaintiff states that he is in the process of obtaining new counsel. Please see attached Memorandum of Law in support hereof.

Plaintiff, by his Attorneys,

**MORETTI & PERLOW LAW OFFICES**

Jeffry S. Perlow, Esquire #2688
1070 Reservoir Avenue
Cranston, RI 02910
(401) 943-5500 telephone
(401) 944-5454 facsimile

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454

Providence, RI 02903

Mr. Steven Lantini
1455 Mineral Spring Avenue, Apt #113
No. Providence, RI 02904

Michelle M. Brown

Mydocuments/clientletters/Lantini, Steve/M-Ext of Time w-Memo in Support

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STEVEN LANTINI

VS. C.A. NO.: 05-59ML

BIG DOG MOTORCYCLE

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME REGARDING EXPERT DISCLOSURE**

To be concurrent with this Motion for Extension of Time, Plaintiff's counsel has filed a Motion to Withdraw as counsel for the Plaintiff, Steven Lantini. The date provided in the pre-trial conference order for the disclosure of plaintiff's expert witnesses is August 1, 2005. Plaintiff's counsel is requesting an additional forty-five days in which to provide said disclosure so that when Plaintiff obtains new counsel to represent him in this matter, new counsel will have adequate time to respond and provide said disclosure to the defendants in this matter. Based upon the above, Plaintiff is requesting a forty-five day extension of time in which to disclose expert witnesses to the defendant in the above-referenced matter.

Plaintiff, by his Attorneys,

Plaintiff, by his attorney,
**MORETTI & PERLOW LAW OFFICES**

Jeffry S. Perlow, Esquire #2688
1070 Reservoir Avenue
Cranston, RI 02910
(401) 943-5500 telephone
(401) 944-5454 facsimile

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454