**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STEVEN LANTINI

VS. C.A. NO.: 05-59ML

BIG DOG MOTORCYCLE

**MOTION TO WITHDRAW**

Now comes Jeffry S. Perlow, Esquire, of MORETTI AND PERLOW LAW OFFICES, attorney for the Plaintiff, STEVEN LANTINI, in the above-entitled matter and hereby moves that he be allowed to withdraw as attorney for said Plaintiff. Please see attached Memorandum of Law and Affidavit in support hereof.

Attorneys for Plaintiff, Steven Lantini,

**MORETTI & PERLOW LAW OFFICES**

Jeffry S. Perlow, Esquire #2688
1070 Reservoir Avenue
Cranston, RI 02910
(401) 943-5500
(401) 944-5454 Facsimile

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

STEVEN LANTINI

VS. Case #: 05-059ML

BIG DOG MOTORCYCLE, LLC

**MEMORANDUM OF PLAINTIFF'S COUNSEL IN**
**SUPPORT OF MOTION TO WITHDRAW**

In ruling on a motion to withdraw as counsel, Federal Courts usually determine whether the prosecution of the suit is likely to be disrupted by the withdrawal of counsel. See, Whiting v. Lacara, 187 F.3d 317(1999). In the present case the parties are still in the discovery period of the lawsuit with disclosure of expert witnesses scheduled for August 1, 2005. The Plaintiff, Steven Lantini, has indicated to counsel that he would like to obtain a new attorney to prosecute his action, and has, at his request, received a copy of his file from Plaintiff's attorneys law office. Concurrent with this Motion to Withdraw, Plaintiff's attorney has filed a Motion for an Extension of Time for expert disclosure to give successor counsel an additional forty-five days in which to disclose expert witnesses. Plaintiff's counsel has had a breakdown in communications with the Plaintiff regarding the strategy used in prosecuting plaintiff's claim. Plaintiff's counsel does not feel that he is able to adequately represent the Plaintiff with this breakdown in communications. (see Affidavit attached hereto in support hereof).

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454

**WHEREFORE**, based upon the above, Plaintiff's counsel requests that he be allowed to withdraw from the representation of the Plaintiff, Steven Lantini.

Plaintiff's counsel,

**MORETTI & PERLOW LAW OFFICES**

Jeffry S. Perlow, Esquire #2688
1070 Reservoir Avenue
Cranston, RI 02910
(401) 943-5500 telephone
(401) 944-5454 facsimile

mydocuments/clientletters/Lantin, Steven/Memo in Supp of MTW w-Affidavit

DISTRICT OF RHODE ISLAND
DISTRICT COURT
2005 JUL 29 A 11: 42
FILED

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454