**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STEVEN LANTINI

VS. C.A. NO.: 05-59ML

BIG DOG MOTORCYCLE

## AFFIDAVIT OF NON-MILITARY SERVICE

I, Michele M. Brown, on behalf of Moretti and Perlow Law Offices of the City of Cranston, County of Providence, and State of Rhode Island, make affidavit and say that I have investigated the whereabouts of the Plaintiff, Steven Lantini, in the above-entitled matter; that as a result of my investigation I have ascertained that said Plaintiff resides at 1455 Mineral Spring Avenue, Apt. #113, North Providence, Rhode Island 02904 and that said Plaintiff is not a member of any branch of the Armed Forces of the Government of the United States of America.

Michele M. Brown

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 29th day of July, 2005.

Notary Public

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454