**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

STEVEN LANTINI

VS. Case #: 05-059ML

BIG DOG MOTORCYCLE, LLC

**AFFIDAVIT OF JEFFRY S. PERLOW, ESQ.**
**ATTORNEY FOR STEVEN LANTINI**

1. I am currently counsel for Steven Lantini in the case of Steven Lantini vs. Big Dog Motorcycle, currently pending in the United States District Court for the District of Rhode Island.

2. Both my partner, Ronald L. Bonin, Esq., and I have had discussions with Mr. Lantini about how this firm would be handling his personal injury case and Mr. Lantini has disagreed with our determination as to how this case would be handled by this law firm.

3. Based upon these discussions, Mr. Lantini has informed me that he would be obtaining new counsel to prosecute his case in the Federal District Court.

4. Mr. Lantini has requested and received a copy of his file from my office in order to obtain a new attorney to represent him on this matter.

5. Based upon the disagreements with Mr. Lantini about how to handle his pending court case, I feel that I am unable to adequately represent Mr. Lantini in said case.

Jeffry S. Perlow, Esquire

In Cranston, Rhode Island, subscribed and sworn to before me on this 29th day of July, 2005.

Notary Public
Commission Expires: 11-20-2008

mydocuments/clientletters/Lantin, Steven/Memo in Supp of MTW w-Affidavit

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454