**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STEVEN LANTINI

VS. C.A. NO.: 05-59ML

BIG DOG MOTORCYCLE

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

NOW COMES attorney for the Plaintiff in the above-entitled matter, and hereby requests this Honorable Court for an extension of time in which to disclose experts expected to testify at Trial. Plaintiff hereby moves for an additional forty-five (45) days in which to provide said disclosure.

As grounds therefore, Plaintiff states that he is in the process of obtaining new counsel. Please see attached Memorandum of Law in support hereof.

Plaintiff, by his Attorneys,

**MORETTI & PERLOW LAW OFFICES**

Ronald L. Bonin, Esquire (#4918)
1070 Reservoir Avenue
Cranston, RI 02910
(401) 943-5500 telephone
(401) 944-5454 facsimile

Granted.
Mary M. Lisi
USDJ 8/1/05

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454

**CERTIFICATION**

I hereby certify that an original and two copies were sent to Federal Court as well as a copy to the below-named, via regular mail, postage pre-paid, on July 25, 2005 to the following attorney:

Paul V. Reynolds, Esquire
**REYNOLDS, DeMARCO & BOLAND, LTD.**
170 Westminster Street , Suite 200
Providence, RI 02903

Mr. Steven Lantini
1455 Mineral Spring Avenue, Apt #113
No. Providence, RI 02904

Kimberly [signature]

Kim\motions\mextens.doc

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454