UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEVEN LANTINI :
:
vs. : C.A. No. 05-59ML
:
BIG DOG MOTORCYCLE, LLC :

MOTION TO COMPEL

The defendant pursuant to F.R.C.P. 37(a) moves the court for an order compelling the plaintiff to produce the motorcycle that is the subject of his complaint for inspection by a consulting engineer retained on behalf of the defendant during the week of August 15, 2005.

The basis for the motion is set forth in the attached memorandum.

Respectfully submitted,

Paul V. Reynolds, Esquire #0966
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

I hereby certify that on the 28th day of July, 2005, I mailed a copy of the within to Ronald L. Bonin, Esquire, MORETTI & PERLOW LAW OFFICES, 1070 Reservoir Avenue, Cranston, RI 02910 and Steven Lantini, 1455 Mineral Spring Avenue, Apartment 113, North Providence, RI 02904.

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Deputy Clerk
Date: 8/17/05