UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEVEN LANTINI | : | |
| | : | |
| vs. | : | C.A. No. 05-059ML |
| | : | |
| BIG DOG MOTORCYCLE, LLC | : | |

**ENTRY OF APPEARANCE**

I, the undersigned, hereby enter my appearance as counsel for the Plaintiff Steven Lantini in the above captioned matter.

Respectfully submitted,
Plaintiff Steven Lantini,
By his attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

Sonja L. Deyoe #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)

**CERTIFICATION**

I hereby certify that I have mailed a true and accurate copy of the above to the following on this 24 day of August 2005.

Ronald L. Bonin, Esq.,
Moretti & Perlow Law Offices
1070 Reservoir Avenue
Cranston, RI 02910

Paul V. Reynolds, Esq.,
Reynolds, DeMarco & Boland, LTD
170 Westminister Street, Suite 200
Providence, RI 02903