**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEVEN LANTINI | : | |
| | : | |
| vs. | : | C.A. No. 05-059ML |
| | : | |
| BIG DOG MOTORCYCLE, LLC | : | |

**PLAINTIFF'S MOTION FOR TEMPORARY STAY OF DISCOVERY.**

Now comes the Plaintiff, Steven Lantini and hereby moves this court for a temporary stay in discovery in this matter until said Honorable Court can rule on his motion to amend the complaint and remand the matter to the State of Rhode Island Superior Court. A memorandum of law in support of this motion is attached hereto.

Respectfully submitted,
Plaintiff Steven Lantini,
By his attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

Sonja L. Deyoe #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)

**DATED: 8/24/05**

**CERTIFICATION**

I hereby certify that I have mailed a true and accurate copy of the above to the following on this 24 day of August 2005.

Ronald L. Bonin, Esq.,
Moretti & Perlow Law Offices
1070 Reservoir Avenue
Cranston, RI 02910

Paul V. Reynolds, Esq.,
Reynolds, DeMarco & Boland, LTD
170 Westminister Street, Suite 200
Providence, RI 02903

______________________

**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STEVEN LANTINI :
:
vs. : C.A. No. 05-059ML
:
BIG DOG MOTORCYCLE, LLC :

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR A TEMPORARY STAY OF DISCOVERY.**

## I. FACTS:

On July 13, 2003 the Plaintiff was injured when he was operating a motorcycle manufactured by the Defendant and a metal bolt from the motorcycle came free from its mount and shot up and struck the Plaintiff. Suit was filed in Rhode Island Superior Court on or about January 18, 2005. On February 14, 2005, this action was removed by the Defendant to the United States District Court for the State of Rhode Island.

On May 17, 2005, during discovery, the Defendant produced documents that placed the Plaintiff on notice that the Defendant would allege that Cycle Performance and Sales, Inc., of Woonsocket, RI, A. Dorazio Service, Inc., d/b/a Dorazio Custom Cycle, Scott Hymen, d/b/a/ XXX-Treme Cycles, of Middleboro Massachusetts or a John Doe defendant, who additionally performed work on the cycle or otherwise made defective parts that were installed on the cycle were liable to the Plaintiff because they either did work to the cycle or made the faulty parts installed on the cycle which caused the bolt to come loose.

Shortly thereafter, on June 27, 2005, Plaintiff and his counsel had a break down in communication and a motion to withdraw was thereafter filed by Plaintiff's former counsel. Current counsel was retained as of August 24, 2005. This motion is filed immediately thereafter.

## II LAW AND ARGUMENT:

"It is apodictic that federal courts possess the inherent power to stay proceedings for prudential reasons." Microfinancial, Inc. v. Premier Holidays Intern., Inc., 385 F.3d 72, 78 (C.A.1 Mass.2004). (Citing Landis v. N. Am. Co., 299 U.S. 248, 254-55, 57 S.Ct. 163, 81 L.Ed. 153 (1936); Marquis v. FDIC, 965 F.2d 1148, 1154-55 (1st Cir.1992)).

In this instance, the Plaintiff has a motion to amend currently pending in front of this Court that if granted, will remove subject matter jurisdiction from this Honorable Court. As such, requiring either side to complete discovery when there are other parties who may be added to the litigation would almost certainly require that either party completing discovery would have to amend their discovery if the action proceeds with both the current defendant and other additional defendants as the Plaintiff prays that it will.

Secondly, counsel recently retained by the Plaintiff has not had adequate time to become familiar with the action and prepare the action for completion of discovery, in as much as the first time that Plaintiff's counsel met with said client to review materials and prepare to answer discovery was today's date, August 24, 2005.

As such, Plaintiff prays that this Honorable Court will grant his motion to stay the proceedings.

Respectfully submitted,
Plaintiff Steven Lantini,
By his attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

Sonja L. Deyoe #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)

**DATED: 8/24/05**

## CERTIFICATION

I hereby certify that I have mailed a true and accurate copy of the above to the following on this 24 day of August 2005.

Ronald L. Bonin, Esq.,
Moretti & Perlow Law Offices
1070 Reservoir Avenue
Cranston, RI 02910

Paul V. Reynolds, Esq.,
Reynolds, DeMarco & Boland, LTD
170 Westminister Street, Suite 200
Providence, RI 02903