UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEVEN LANTINI :
:
VS. : C.A. No.: 05-059ML
:
BIG DOG MOTORCYCLE, LLC :

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR TEMPORARY STAY OF DISCOVERY**

The defendant, Big Dog Motorcycle, LLC, objects to the plaintiff's motion for a temporary stay of discovery. The grounds for the objection are set forth in the accompanying memorandum of law.

FILED AUG 29 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

Respectfully submitted,

Paul V. Reynolds
Paul V. Reynolds, Esquire (#0966)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

CERTIFICATION

I hereby certify that on this 29th day of August, 2005, I mailed a copy of the within to Ronald L. Bonin, Esquire, Moretti & Perlow Law Offices, 1070 Reservoir Avenue, Cranston, RI 02910 and Sonja L. Deyoe, Esquire, Rappoport, DeGiovanni & Caslowitz, Inc., 989 Waterman Avenue, East Providence, RI 02914.

Rachel Osborne

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEVEN LANTINI | : | |
| | : | |
| VS. | : | C.A. No.: 05-059ML |
| | : | |
| BIG DOG MOTORCYCLE, LLC | : | |

**DEFENDANT, BIG DOG MOTORCYCLE, LLC'S, MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO PLAINTIFF'S MOTION FOR TEMPORARY STAY OF DISCOVERY**

The plaintiff, through new counsel, has filed a motion for a temporary stay of discovery. The defendant has objected. The plaintiff is already in violation of an order of this Court compelling the production of the motorcycle for inspection by a consulting expert retained by the defendant. There is no reason to delay this type of discovery regardless of the Court's decision on the other pending motion recently filed by the plaintiff to amend the complaint. Any difficulties with new counsel becoming familiar with the case can be addressed by extending the time for expert designation and close of discovery. There is no need to stay discovery.

Counsel, in the memorandum filed in support of the motion, states that the defendant put the plaintiff on notice that the defendant was alleging that the various dealers or repair shops that the plaintiff seeks to add were responsible for the defect alleged to be present in the plaintiff's bike or were negligent concerning their repairs to the bike which caused the alleged injury of July 13, 2003. This assertion is incorrect.

Interrogatory No. 11 propounded by the defendant to the plaintiff asks for a list of all repairs performed on the plaintiff's motorcycle from the date of sale until the date of the incident alleged in the complaint along with the names of the persons, firms or corporations performing the repairs and a description of what the repairs consisted of. The plaintiff's response was ***none***. Subsequent to this the defendant produced records it had concerning repairs and work done on

Mr. Lantini's motorcycle prior to the date of the incident in question. Counsel for the plaintiff at the time was advised that if they were operating under the assumption that the motorcycle at the time of the accident was in the same condition that it was in at the time of the sale that such was not the case.

The defendant respectfully requests that the Court deny the plaintiff's motion to stay discovery and deal with whatever extensions to the originally imposed discovery requirements are necessary to afford new counsel an opportunity to become familiar with Mr. Lantini's case.

Respectfully submitted,

Paul V. Reynolds, Esquire (#0966)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

CERTIFICATION

I hereby certify that on this 29th day of August, 2005, I mailed a copy of the within to Ronald L. Bonin, Esquire, Moretti & Perlow Law Offices, 1070 Reservoir Avenue, Cranston, RI 02910 and Sonja L. Deyoe, Esquire, Rappoport, DeGiovanni & Caslowitz, Inc., 989 Waterman Avenue, East Providence, RI 02914.