UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 05-059ML** **DATE: September 8, 2005**

**TITLE: Lantini v. Big Dog Motorcycle, LLC**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**

IN COURT

---

**COUNSEL PRESENT: for pltf: Sonja L. Deyoe**
**for deft: Paul V. Reynolds**

**Proceedings: Pltf's M/Amend Complaint & to Remand to State Court**
**Pltf's M/Temporary Stay of Discovery**

**Ms. Deyoe argues pltf's motion to amend complaint and remand to state court. Mr. Reynolds responds and objects to same. Court GRANTS the motion to amend, thereby divesting itself of jurisdiction. This case is remanded to state court. Ms. Deyoe to prepare Order for the Court's signature.**

**Because this Court no longer has jurisdiction, it will not rule on pltf's motion for a temporary stay of discovery.**