UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 12 2005

STEVEN LANTINI,
Plaintiff

V. C.A. No. 05-059ML

BIG DOG MOTORCYCLE, LLC
Defendant

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT AND REMAND MATTER TO STATE COURT

The Plaintiff's Motions to Amend the Complaint and Remand the matter to State Court is Granted.

IT IS SO ORDERED,

Mary M. Lisi
Mary M. Lisi, Judge
Dated: September 13 2005

Presented By:

Sonja L. Deyoe, Esquire (#6301)
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 fax

CERTIFICATION

I hereby certify that on this 8th day of September, 2005, I mailed a copy of the within to Paul V. Reynolds, Esquire, Reynolds, DeMarco & Boland, Ltd., 170 Westminster Street, Suite 200, Providence, RI 02903.

Shannon Sumner